## LIVESEY *v.* THE STATE.

SIMMONS, C. J. No error of law is complained of, the evidence was sufficient to warrant the verdict, and the trial judge did not abuse his discretion in refusing a new trial.  *Judgment affirmed. All the Justices concurring.*

Argued October 15, — Decided October 27, 1900.

Accusation of selling liquor. Before Judge Winn. City court of Gwinnett. June 18, 1900.

*T. M. Peeples,* for plaintiff in error.

*R. W. Peeples, solicitor,* contra.

---

## GOODE *v.* THE STATE.

SIMMONS, C. J. The evidence was not sufficient to authorize the verdict, and the trial judge therefore abused his discretion in refusing a new trial.
*Judgment reversed. All the Justices concurring.*

Argued October 15, — Decided October 27 , 1900.

Indictment for assault with intent to rape. Before Judge Fite. Bartow superior court. July 17, 1900.

*T. W. Milner, T. H. Milner,* and *J. T. Norris,* for plaintiff in error. *S. P. Maddox, solicitor-general,* contra.

---

## BROCK *et al. v.* THE STATE.

FISH, J. The evidence, though in the main circumstantial, was sufficient to warrant the verdict, and was satisfactory to the trial judge. This being so, and there being no complaint that any error of law was committed, there is no cause for reversing the judgment overruling the motion for a new trial.
*Judgment affirmed. All the Justices concurring.*

Argued October 19, — Decided October 27, 1900.

Indictment for murder. Before Judge Gober. Pickens superior court. September 12, 1900.

*John W. Henley,* for plaintiffs in error. *J. M. Terrell, attorney-general, Thomas Hutcherson, solicitor-general,* and *Charles H. Griffin,* contra.